RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Jaime Errol Kor

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JAIME ERROL KOR,<br><br>        Defendant. | Case No. 2:25-cr-00173-APG-DJA-1<br><br>**STIPULATION TO CONTINUE PRETRIAL MOTION DEADLINES**<br>(Second Request) |

    IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Melinda Brewer, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Jaime Errol Kor, that the previously ordered deadline for filing of pretrial motions be vacated and that the parties herein shall have to and including December 16, 2025, within which to file the Defendant's pretrial motions previously due September 16, 2025.

    IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including December 30, 2025, to file any and all responsive pleadings, currently due September 30, 2025.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including January 6, 2026, to file any and all replies to dispositive motions, currently due October 7, 2025.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to discuss the possible resolution with her client.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second stipulation to continue filed herein.

DATED this 16th day of September 2025.

RENE L. VALLADARES  
Federal Public Defender

  */s/ Rebecca A. Levy*  
By_____  
REBECCA A. LEVY  
Assistant Federal Public Defender

SIGAL CHATTAH  
Acting United States Attorney

  */s/ Melinda Brewer*  
By_____  
MELINDA BREWER  
Assistant United States Attorney

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAIME ERROL KOR,<br><br>    Defendant. | Case No. 2:25-cr-00173-APG-DJA-1<br><br>FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER |

### FINDINGS OF FACT, CONCLUSIONS OF LAW

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to discuss the possible resolution with her client.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

/ / /

/ / /

/ / /

## ORDER

IT IS THEREFORE ORDERED that the parties herein shall have to and including December 16, 2025, within which to file the Defendant's pretrial motions.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including December 30, 2025, to file any and all responsive pleadings.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, that they shall have to and including January 6, 2026, to file any and all replies to dispositive motions.

DATED this 17th day of September 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE